## Morris Investment Company, Appellant, v. Mary Moore, Appellee.

### Gen. No. 43,870.

opinion filed November 13, 1947; released for publication December 13, 1947. Jesse Marcus, for appellant; Braden, Hall, Barnes & Blakey, for appellee; Zedrick T. Braden, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.